# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| HUTCHINSON TECHNOLOGY INCORPORATED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SUNCALL CORPORATION,<br><br>　　　　　　Defendant. | Case No: 21-cv-02618-SRN-TNL<br><br>**JURY TRIAL DEMANDED** |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, specializing in international service of process, 733 SW Vista Avenue, Portland, Oregon 97205, as the authority and judicial officer competent under the Jurisdiction of this Court to issue and forward a request to the applicable Central Authority, for service of any and all documents to be served in this case in accordance with the Hague Service Convention.

IT IS SO ORDERED this _13th_ day of _December_, 2021.

BY THE COURT:

_Tony N. Leung_
Magistrate Judge Tony N. Leung
United States District Court
District of Minnesota